## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JUSTIN POTTER, Derivatively on Behalf of DOW, INC., | C.A. No. 25-cv-12821-TLL-PTM. |
| Plaintiff, | |
| v. | |
| JIM FITTERLING, JEFFREY L. TATE, KAREN S. CARTER, RICHARD K. DAVIS, SAMUEL R. ALLEN, GAURDIE E. BANISTER JR., WESLEY G. BUSH, JERRI DEVARD, DEBRA L. DIAL, JEFF M. FETTIG, JACQUELINE C. HINMAN, REBECCA B. LIEBERT, LUIS ALBERTO MORENO, JILL S. WYANT, and DANIEL W. YOHANNES, | |
| Defendants, | |
| and | |
| DOW INC., | |
| Nominal Defendant. | |

## STIPULATION TO STAY PENDING RESOLUTION OF ANY MOTION TO DISMISS FILED IN RELATED, EARLIER-FILED CLASS ACTION

Plaintiff Justin Potter ("Plaintiff"), derivatively on behalf of nominal defendant Dow Inc. ("Dow" or the "Company"), and Defendants (Dow and the individual defendants[1], together "Defendants") hereby stipulate and agree that this derivative action should be stayed, for the reasons and subject to the terms and conditions described below, until disposition of any and all motions to dismiss filed in the related and earlier-filed securities class action currently pending before the Court under the caption *Sarti v. Dow Inc., et al.*, Case No. 1:25-cv-12744-TLL-PTM (E.D. Mich.) (the "Securities Class Action").

1.      On September 5, 2025, Plaintiff Justin Potter filed the instant stockholder derivative action on behalf of Dow in this Court alleging, *inter alia*, breaches of fiduciary duty and violations of Section 14(a) of the Exchange Act against certain current and former directors and officers of Dow, captioned *Potter v. Fitterling, et al.*, Case No. 1:25-cv-12821-TLL-PTM (E.D. Mich.) (the "*Potter* Derivative Action").[2]

---

[1]      The individual defendants include: Jim Fitterling, Jeffrey L. Tate, Karen S. Carter, Richard K. Davis, Samuel R. Allen, Gaurdie E. Banister Jr., Wesley G. Bush, Jerri Devard, Debra L. Dial, Jeff M. Fettig, Jacqueline C. Hinman, Rebecca B. Liebert, Luis Alberto Moreno, Jill S. Wyant, and Daniel W. Yohannes.

[2]      There are two other subsequently-filed derivative actions stemming from the same operative facts as the *Potter* Derivative Action pending in this Court, entitled *Pittrof v. Fitterling, et al.*, Case 1:25-cv-12895-KFB-KGA (filed September 11, 2025) and *Camacho v. Fitterling, et al.*, Case 1:25-cv-12968-TLL-PTM (filed September 18, 2025).

2.      The Securities Class Action, which was filed before the *Potter Derivative Action*, is styled as a class action, asserts claims under the federal securities laws based on facts that overlap with the *Potter* Derivative Action, and is currently pending before this Court.

3.      To avoid unnecessary expenditure of judicial and party resources and the risk of inconsistent rulings, Plaintiff and Defendants (the "Parties") agree that all proceedings and deadlines in the *Potter* Derivative Action should be stayed pending a decision by the Court on any forthcoming motions to dismiss the operative complaint (once determined) in the Securities Class Action.

4.      Courts in this district, including this Court, have previously granted this same type of relief, staying pending derivative actions until at least completion of the motion to dismiss stage of a related securities class action.  *See, e.g.*, *In Re: Domino's Pizza, Inc. S'holder Deriv. Litig.*, Case No. 2:25-cv-10289 (E.D. Mich. Jan 30, 2025) at ECF No. 11 (granting stay of derivative actions pending resolution of motion to dismiss in related securities class action)*; Rayner-Altenbernd v. Gilbert, et al.*, Case No. 1:23-cv-11207 (E.D. Mich. May 22, 2023) at ECF No. 32 (granting stay of derivative action) (Ludington, J.).

5.      Indeed, this Court already has entered a stay in one of the two subsequently-filed derivative actions stemming from the same operative facts as the *Potter* Derivative Action pending in this Court.  *See Camacho v. Fitterling, et al.*,

Case 1:25-cv-12968-TLL-PTM (Ludington, J.), ECF 5; *see also supra* at 1 n.2.

For the same reasons, the *Potter* Derivative Action should be stayed pending a resolution of any motions to dismiss in the Securities Class Action.

6.      Accordingly, the Parties hereby agree to the following relief, and terms and conditions relating thereto:

- All proceedings, including any motion practice, and obligation to respond to the complaint in the *Potter* Derivative Action are hereby stayed and shall remain stayed until such time as the Court issues a ruling on any motions to dismiss filed by the defendants in the Securities Class Action.

- The Parties shall meet and confer and submit a proposed scheduling order within thirty (30) days following the lifting of the stay.

- All hearings and conferences shall be postponed and all deadlines in this action (except for the foregoing deadline for the Parties' meet-and-confer) shall be tolled upon a stay of this action and shall remain postponed and tolled until this Court has issued a scheduling order following the Parties' submission of a proposed scheduling order.

- The stay of proceedings in the *Potter* Derivative Action may be earlier lifted: (i) at any time, if the parties file a written stipulation with the Court agreeing to lift the stay; (ii) after thirty (30) days' written notice via email from Plaintiff's counsel to the undersigned counsel for Defendants, or (iii) after thirty (30) days' written notice via email from Defendants' counsel to the undersigned counsel for Plaintiff.

- Notwithstanding the lifting of the stay, Defendants have no obligation to respond to or file an answer to any complaint filed in the *Potter* Derivative Action until further ordered by the Court.

- Notwithstanding the stay of proceedings, Plaintiff may file an amended complaint in the *Potter* Derivative Action, although

Defendants shall be under no obligation to move, answer, plead, or otherwise respond to such amended complaint during the pendency of the stay and until further ordered by the Court.

- Notwithstanding the stay of proceedings, Plaintiff may file a motion to consolidate the other derivative actions into the *Potter* Derivative Action and seek to appoint lead counsel in the consolidated derivative action.

- Nothing in this Order shall limit the Parties' respective rights, claims, and defenses in the *Potter* Derivative Action, and no part of this Order shall be construed as a waiver of any available rights, claims or defenses, including but not limited to, Defendants' right to enforce Plaintiff's compliance with the exclusive forum selection provision set forth in Section 7.4 of the Company's bylaws dated February 15, 2024.

7.      The Parties are submitting a proposed order granting a stay, subject to the above terms and conditions, along with this Stipulation.

8.      Defendants have agreed to waive formal service of the Complaint pursuant to Fed. R. Civ. P. 4(d).

Respectfully Submitted,

DATED:  October 17, 2025

**Counsel for Plaintiff**

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Marc L. Newman (P51393)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852

**Counsel for Defendants**

By: */s/ Jonathan E. Lauderbach*
Jonathan E. Lauderbach (P51313)
**WARNER NORCROSS + JUDD LLP**
715 East Main Street, Suite 110
Midland, Michigan 48640
Tel: 989.698.3700
jlauderbach@wnj.com

epm@millerlawpc.com
mln@millerlawpc.com
dal@millerlawpc.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

**Allen Overy Shearman Sterling US LLP**
Lyle Roberts
1101 New York Avenue, NW
Washington, DC 20005
Tel: (202) 508-8108
lyle.roberts@aoshearman.com

Mallory Tosch Hoggatt
Michael Schneider
800 Capitol St., Suite 2200
Houston, TX 77002
Tel: (713) 354-4800
mallory.toschhoggat@aoshearman.com
michael.schneider@aoshearman.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JUSTIN POTTER, Derivatively on Behalf of DOW, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>JIM FITTERLING, JEFFREY L. TATE, KAREN S. CARTER, RICHARD K. DAVIS, SAMUEL R. ALLEN, GAURDIE E. BANISTER JR., WESLEY G. BUSH, JERRI DEVARD, DEBRA L. DIAL, JEFF M. FETTIG, JACQUELINE C. HINMAN, REBECCA B. LIEBERT, LUIS ALBERTO MORENO, JILL S. WYANT, and DANIEL W. YOHANNES,<br><br>   Defendants,<br><br>   and<br><br>  DOW INC.,<br><br>   Nominal Defendant. | C.A. No. 25-cv-12821-TLL-PTM. |

## ORDER STAYING ACTION

This Court has reviewed the parties' *Stipulation to Stay Pending Resolution of Any Motion to Dismiss Filed in Related, Earlier-Filed Action* ("Stipulation")*,* and finds that the relief requested therein is appropriate.

Accordingly, it is hereby ORDERED that:

1. This action is stayed until disposition of any and all motions to dismiss filed in the related and earlier-filed securities class action currently pending before the Court under the caption *Sarti v. Dow Inc., et al*., Case No. 1:25-cv-12744-TLL-PTM (E.D. Mich.); and

2. The stay of this action shall be subject to the terms and conditions relating to the stay that the parties agreed upon and are set forth at pages 3-4 of the Stipulation.

Dated: October 24, 2025                                  s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge

- 7 -